UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., *et al*,<br>    Defendant. | Case No.: 1:15-cv-1029---BAM<br><br>**New Case No. 1:15-cv-1029---JLT**<br><br>ORDER TRANSFERRING ACTION TO BAKERSFIELD DIVISION |

Plaintiff Kimberly Thompson ("Plaintiff") filed a complaint with this Court on July 2, 2015. (Doc. 1). A review of the pleading reveals that the events giving rise to this action occurred in Kern County. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. *See* 28 U.S.C. § 1391(b). The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer Thurston.

Accordingly, the scheduling conference set for **October 8, 2015 at 9:00 am** in Courtroom 8 is VACATED.

The new case number shall be included on all future pleadings and is **15-cv-1029---JLT**. All future filings shall contain this new number. Failure to do so may result in a delay in the processing of this case.

IT IS SO ORDERED.

DATED: 7/8/2015                          /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE